IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
DOCKET NO. 5:12-CR-049-RLV-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| MARTIN MARTINEZ SALDANA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Permission To Appear *Pro Hac Vice*" (Document No. 25) filed by Rick Canales, a Texas attorney, on February 11, 2013. Mr. Rick Canales seeks to appear as counsel *pro hac vice* for Defendant Martin Martinez Saldana. Upon review and consideration of the motion, the Court notes that the movant has not complied with LCvR 83.1 applicable to criminal cases and adopted in full by LCrR 44.1 (A), and will therefore deny the motion without prejudice. Mr. Canales may seek admission *pro hac vice* if he associates local counsel; or he may seek special admission (without associating local counsel) upon showing good cause.

**IT IS, THEREFORE, ORDERED** that the "Motion For Permission To Appear *Pro Hac Vice*" filed by Mr. Rick Canales (Document No. 25) is **DENIED without PREJUDICE**.

Signed: February 11, 2013

David C. Keesler
United States Magistrate Judge