IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
DOCKET NO. 5:12-CR-049-RLV-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | <u>ORDER</u> |
| ) | |
| MARTIN MARTINEZ SALDANA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on attorney Denzil H. Forrester's "Motion To Withdraw As Counsel" (Document No. 27) and the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 28) concerning Jesus Ricardo Canales, filed February 12, 2013. Mr. Canales seeks to appear as counsel *pro hac vice* for Defendant. These motions have been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Upon review and consideration of the motions, and noting that the necessary fee has been submitted, the Court will <u>grant</u> the motions.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application for Admission to Practice *Pro Hac Vice*" (Document No. 28) is **GRANTED**. Attorney Jesus Ricardo Canales is hereby admitted *pro hac vice* to represent Defendant.

**IT IS FURTHER ORDERED** that attorney Denzil H. Forrester's "Motion To Withdraw As Counsel" (Document No. 27) is **GRANTED**. To be clear, Mr. Forrester will no longer serve as appointed counsel for the Defendant; he will instead serve as local counsel for Mr. Canales.

Signed: February 15, 2013

_____
David C. Keesler
U. S. Magistrate Judge